**Petition for Writ of Mandamus Denied and Opinion filed September 1, 2022.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-22-00005-CV**

## IN RE CAROLYN D. DOUGLAS, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF INTEGRA WEALTH ADVISORS, LLC, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-77058**

## MEMORANDUM OPINION

Relator Carolyn D. Douglas, individually and derivatively on behalf of Integra Wealth Advisors, LLC filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable Fredericka Phillips, presiding judge of the 61st District Court of Harris County, to vacate the trial court's

December 17, 2021 order, denying relator's request to temporarily lift the stay and hold a hearing on its application for temporary injunction.

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.